UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| WALTER ALONZO MALDONADO ARRIAGA, | : | Case No. 1:26-cv-122 |
| Petitioner, | : : | |
| vs. | : : | District Judge Susan J. Dlott<br>Magistrate Judge Kimberly A. Jolson |
| DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, DETROIT FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | : : : : : | |
| Respondents. | | |

## ORDER

Petitioner, Walter Alonzo Maldonado Arriaga, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.

In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Walter Alonzo Maldonado Arriaga from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

---

[1] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.

The Clerk is **DIRECTED** to (1) immediately provide a copy of the petition and its accompanying papers, along with a copy of this Order, to the United States Marshal to promptly personally serve to a Butler County Sheriff's Deputy in the Potter Stewart United States Courthouse. The Clerk is **further DIRECTED** to (2) serve a copy of the petition and its accompanying papers, along with a copy of this Order, by email to Kevin J. Gerrity at kevin.gerrity@bcohio.gov; by email to Patrick R. Oelrich at patrick.oelrich@bcohio.gov; and by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov. The Clerk is **further DIRECTED** to (3) promptly note proof of such service on the docket.

Counsel for Respondents shall promptly enter notices of appearance.

**IT IS SO ORDERED.**

February 4, 2026

S/Susan J. Dlott
SUSAN J. DLOTT
United States District Judge