# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **WALTER ALONZO MALDONADO ARRIAGA,** | : | Case No. 1:26-cv-122 |
| | : | |
| Petitioner, | : | Judge Susan J. Dlott |
| | : | |
| vs. | : | Magistrate Judge Kimberly A. Jolson |
| | : | |
| **RICHARD K. JONES and ROBERT LYNCH, et al.,** | : | |
| | : | |
| Respondent. | | |

## ORDER TO SUBMIT JOINT PROPOSED SCHEDULING ORDER

Petitioner Walter Alonzo Maldonado Arriaga, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (Doc. 1).  The case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than **February 13, 2026**.

IT IS SO ORDERED.

February 5, 2026

*s/Kimberly A. Jolson*
KIMBERLY A. JOLSON
United States Magistrate Judge