# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| WALTER ALONZO MALDONADO ARRIAGA,<br><br>Petitioner,<br><br>vs.<br><br>DIRECTOR, DETROIT FIELD OFFICE, ENFORCEMENT AND REMOVAL OPERATIONS, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Respondents. | Case No. 1:26-cv-122<br><br>District Judge Susan J. Dlott<br>Magistrate Judge Kimberly A. Jolson |

## ORDER SETTING CASE SCHEDULE

The Court previously ordered the parties to confer and propose a case schedule. (Doc. 5). Based on that joint proposal (Doc. 8), the Court now **SETS** the following schedule:

- Respondent's Return of Writ ("ROW") Due:       February 27, 2026
- Petitioner's Reply to Return Due:       Within 10 days of ROW being filed

Additionally, any response to Respondent Butler County Sheriff's Motion to Dismiss (Doc. 6) is also due within 10 days of the ROW being filed.

**IT IS SO ORDERED.**

Date:  February 17, 2026

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE